UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS O. JACKSON,

        Plaintiff,

                                Case No.: 2:16-cv-144

v.

                                HONORABLE PAUL L. MALONEY

KAREN A. BAHRMAN,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 69). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant's motion for dismissal and/or summary judgment (ECF No. 31) is GRANTED and this case is DISMISSED in its entirety.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment regarding supplemental complaint of constitutional privacy right of medical information (ECF No. 59) is DENIED.

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.SC. §1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: February 21, 2017                             /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge