UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS O. JACKSON,

    Plaintiff,

                                Case No. 2:16-cv-144

v.

                                HONORABLE PAUL L. MALONEY

KAREN A. BAHRMAN,

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant on all of plaintiff's claims for damages. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: February 21, 2017                           /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District